UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SIMMONS, SHARESE § Case No. 11-32208
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            Kenneth Gardner
            U.S. Bankruptcy Court Clerk
            219 South Dearborn Street- 7th Floor
            Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/23/2013 in Courtroom 742,
            United States Courthouse
            219 South Dearborn Street
            Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
SIMMONS, SHARESE § Case No. 11-32208
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.21 |
| and approved disbursements of | $ | 73.69 |
| leaving a balance on hand of[1] | $ | 7,426.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,500.02 | $ 0.00 | $ 1,500.02 |
| Trustee Expenses: Phillip D. Levey | $ 15.39 | $ 0.00 | $ 15.39 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,035.00 | $ 0.00 | $ 1,035.00 |

Total to be paid for chapter 7 administrative expenses     $     2,550.41
Remaining Balance                                          $     4,876.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,665.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  35.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Sterling Jewelers, Inc) | $ 334.87 | $ 0.00 | $ 119.49 |
| 000002 | Atlas Acquisitions LLC (WFNNB) | $ 5,108.69 | $ 0.00 | $ 1,822.84 |
| 000003 | Portfolio Recovery Associates, LLC | $ 925.12 | $ 0.00 | $ 330.09 |
| 000004 | Sallie Mae | $ 6,862.83 | $ 0.00 | $ 2,448.74 |
| 000005 | American InfoSource LP as agent for | $ 347.70 | $ 0.00 | $ 124.07 |
| 000006 | American InfoSource LP as agent for | $ 86.54 | $ 0.00 | $ 30.88 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,876.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Phillip D. Levey
                    Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-32208-CAD
Sharese Simmons                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3            Date Rcvd: Apr 26, 2013
                              Form ID: pdf006         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2013.
```
db        #+Sharese Simmons,    303 Des Plaines Ave,    Apt 514,    Forest Park, IL 60130-1443
18661364   +Atlas Acquisitions LLC (Sterling Jewelers, Inc),    294 Union St.,    Hackensack, NJ 07601-4303
18661369   +Atlas Acquisitions LLC (WFNNB),    294 Union St.,    Hackensack, NJ 07601-4303
17638567   +Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
17638569    Chase Bank,   P. O. Box 4700,    Wilkes-Barre, PA 18773-4700
17638570   +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
17638571   +City of Chicago,    Bureau of Parking,    121 N La Salle St RM 107 A,    Chicago, IL 60602-1232
17638572   +Corvette McCampbell,    303 Des Plaines Avenue A,    Forest Park, IL 60130-1469
17638574   +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
17638575    Greater Chicago,    8331 Roosevelt RD,    Forest Park, IL 60130-2529
17638577   +Law Offices of Mitchell N. Kay,    7 Penn Plaza - 18th Floor,    New York, NY 10001-3967
17638582  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
17638581   +Plaza Associates,    370 Seventh Ave.,    New York, NY 10001-3900
17638583   +Receivables Performance Management,,    1930 220th St. SE #101,    Bothell, WA 98021-8410
17638585   +T-Mobile,   PO Box 742596,    Cincinnati, OH 45274-2596
17638586   +Tnb-visa,   Po Box 560284,    Dallas, TX 75356-0284
17638587    Toyota Motor Credit,    PO Box 7035,    Downers Grove, IL 60515-7035
17638588   +Wfnnb/roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18958702       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 26 2013 22:12:15
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK   73124-8848
17684926      +E-mail/Text: bnc@atlasacq.com Apr 26 2013 22:03:12     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
17638568      +E-mail/Text: ebn@squaretwofinancial.com Apr 26 2013 22:06:41      Cach Llc,
               Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
17638573      +E-mail/PDF: pa_dc_ed@salliemae.com Apr 26 2013 21:56:38      Dept Of Ed/sallie Mae,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
17638576       E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 26 2013 22:03:10      ISAC,   1755 Lake Cook Rd,
               Deerfield, IL 60015-5209
17638578      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 26 2013 21:59:44      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
17638579      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 26 2013 22:05:44      Nco Fin/09,
               507 Prudential Rd,    Horsham, PA 19044-2308
17638580      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2013 22:12:41      Old Navy,   PO Box 105980, Dept 72,
               Atlanta, GA 30353-5980
17638584      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 26 2013 21:59:44
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18880403      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 26 2013 21:56:05      Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18834105*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,
               Norfolk VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1            User: dross              Page 2 of 3            Date Rcvd: Apr 26, 2013
                                Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2013**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dross                 Page 3 of 3                  Date Rcvd: Apr 26, 2013
                               Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2013 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Terrance S Leeders    on behalf of Debtor Sharese  Simmons tleeders@leederslaw.com
                                                                                             TOTAL: 4