UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SIMMONS, SHARESE § Case No. 11-32208
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090-6017 | | | | | |
| | Cach Llc Attention: Bankruptcy Department 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | | | | |
| | Chase Bank P. O. Box 4700 Wilkes-Barre, PA 18773-4700 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | City of Chicago Bureau of Parking 121 N La Salle St RM 107 A Chicago, IL 60602 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | ISAC 1755 Lake Cook Rd Deerfield, IL 60015-5209 | | | | | |
| | Law Offices of Mitchell N. Kay 7 Penn Plaza - 18th Floor New York, NY 10001 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Nco Fin/09 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Old Navy PO Box 105980, Dept 72 Atlanta, GA 30353 | | | | | |
| | Plaza Associates 370 Seventh Ave. New York, NY 10001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Receivables Performance Management, 1930 220th St. SE #101 Bothell, WA 98021 | | | | | |
| | Resurgent Capital Services PO Box 10587 Greenville, SC 29603 | | | | | |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274 | | | | | |
| | Tnb-visa Po Box 560284 Dallas, TX 75356 | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (STERLING JE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ATLAS ACQUISITIONS LLC (WFNNB) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-32208 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | SIMMONS, SHARESE | | | Date Filed (f) or Converted (c): | 08/05/11 (f) |
| | | | | 341(a) Meeting Date: | 09/09/11 |
| For Period Ending: | 03/18/13 | | | Claims Bar Date: | 06/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH BANK OF AMERICA | 97.85 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS, LIEN HELD BY ROOM P | 500.00 | 500.00 | | 0.00 | FA |
| 4. MISCELLANEOUS BOOKS, CD'S, VIDEOS | 200.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7. TERM LIFE INSURANCE, NO CASH SURRENDER VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401K, THROUGH EMPLOYER | 41,454.11 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILE, 2008 HONDA CR-V, 50K MILES | 18,975.00 | 0.00 | | 0.00 | FA |
| 10. 2008 CHEVY TAHOE 50,000 MILES | 8,500.00 | 6,997.85 | | 7,500.00 | FA |
| 11. ONE DOG | 0.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.21 | Unknown |
| TOTALS (Excluding Unknown Values) | $72,926.96 | $7,497.85 | | $7,500.21 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1    Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-32208 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | SIMMONS, SHARESE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2952 Checking |
| Taxpayer ID No: | *******2861 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,472.59 | | 7,472.59 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.61 | 7,467.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.76 | 7,463.22 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.60 | 7,458.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.75 | 7,453.87 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.08 | 7,442.79 |
| 03/07/13 | 010001 | International Sureties, Ltd.<br>701 Poydras St.<br>New Orleans, LA 70139 | Trustee's Bond<br>Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 6.27 | 7,436.52 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,426.52 |
| 05/27/13 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.02 | 5,926.50 |
| 05/27/13 | 010003 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 15.39 | 5,911.11 |
| 05/27/13 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,035.00 | 4,876.11 |
| 05/27/13 | 010005 | Atlas Acquisitions LLC (Sterling Jewelers, Inc)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 35.68250% | 7100-900 | | 119.49 | 4,756.62 |
| 05/27/13 | 010006 | Atlas Acquisitions LLC (WFNNB)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 35.68116% | 7100-900 | | 1,822.84 | 2,933.78 |
| 05/27/13 | 010007 | Portfolio Recovery Associates, LLC<br>c/o Old Navy<br>POB 41067<br>Norfolk VA 23541 | Claim 000003, Payment 35.68078% | 7100-000 | | 330.09 | 2,603.69 |
| 05/27/13 | 010008 | Sallie Mae | Claim 000004, Payment 35.68120% | 7100-000 | | 2,448.74 | 154.95 |

Page Subtotals    7,472.59    7,317.64

Ver: 17.02d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-32208 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SIMMONS, SHARESE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2952  Checking |
| Taxpayer ID No: | *******2861 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/13 | 010009 | c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br>American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000005, Payment 35.68306% | 7100-000 | | 124.07 | 30.88 |
| 05/27/13 | 010010 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000006, Payment 35.68292% | 7100-000 | | 30.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,472.59 | 7,472.59 | 0.00 |
| Less:  Bank Transfers/CD's | 7,472.59 | 0.00 | |
| Subtotal | 0.00 | 7,472.59 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,472.59 | |

Page Subtotals          0.00          154.95

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-32208 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | SIMMONS, SHARESE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6299 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2861 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/12 | 10 | Sharese N. Simmons | Sale of Automobile | 1129-000 | 7,500.00 | | 7,500.00 |
| 05/31/12 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 7,500.02 |
| 06/29/12 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,500.08 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.91 | 7,491.17 |
| 07/31/12 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,491.24 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.82 | 7,481.42 |
| 08/30/12 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,481.48 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.89 | 7,472.59 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,472.59 | 0.00 |

| | COLUMN TOTALS | 7,500.21 | 7,500.21 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 7,472.59 | |
| | Subtotal | 7,500.21 | 27.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,500.21 | 27.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2952 | 0.00 | 7,472.59 | 0.00 |
| Money Market Account (Interest Earn - ********6299 | 7,500.21 | 27.62 | 0.00 |
| | 7,500.21 | 7,500.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  7,500.21  7,500.21

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-32208 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | SIMMONS, SHARESE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6299  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2861 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.02d